UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSMAN MENDOZA,

-vs-                                                                       Case No. 6:08-cv-1-Orl-28GJK

SOUTHERN HERITAGE
CONSTRUCTION CORP., HERB FLACK,

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 14) filed May 23, 2008, and Defendant's Motion to Set Aside Clerk's Default (Doc. No. 15) filed June 23, 2008. The United States Magistrate Judge has submitted a report recommending that the Plaintiff's Motion for Entry of Final Default Judgment be denied and Defendant's Motion to Set Aside Clerk's Default be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 1, 2008 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 14) is **DENIED**.

3. Defendants' Motion to Set Aside Clerk's Default is **GRANTED**.

4.     The Clerk is directed to set aside the Clerk's Entry of Default against the Defendants.

5.     Defendants shall file their response to Plaintiff's Complaint within eleven (11) days from the date of this Order.

6.     Defendants shall also file their Certificate of Interested Persons and Notice of Pendency of Related cases within eleven (11) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29__ day of July, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party