# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSMAN MENDOZA,

-vs- Case No. 6:08-cv-1-Orl-28GJK

SOUTHERN HERITAGE
CONSTRUCTION CORP.,
WOODMASTERS, INC., and HERB
FLACK,

## ORDER

This case is before the Court on Defendants' Motion to Strike Plaintiff's Pleadings as a Sham, as a Fraud on the Court, and Request for Evidentiary Hearing (Doc. No. 65) filed June 25, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 25, 2009 (Doc. No. 79) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Strike Plaintiff's Pleadings as a Sham, as a Fraud on the Court, and Request for Evidentiary Hearing (Doc. No. 65) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __26__ day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party