# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSMAN MENDOZA,**

 **Plaintiff,**

**-vs-**              Case No. 6:08-cv-1-Orl-28GJK

**SOUTHERN HERITAGE CONSTRUCTION CORP., WOODMASTERS, INC., and HERB FLACK,**

 **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against All Defendants (Doc. No. 94) filed March 24, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. That the Report and Recommendation filed May 25, 2010 (Doc. No. 95) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. Plaintiff's Motion for Entry of Final Default Judgment Against All Defendants (Doc. No. 94) is **GRANTED in part** and **DENIED in part.**

3. Default judgment is hereby entered against Defendants Southern Heritage Construction Corp., Woodmaster, Inc., and Herb Flack, jointly and severally, in the following amounts:

    a. $12,030.00 in unpaid overtime compensation;

    b. $12,030.00 in liquidated damages for unpaid overtime compensation;

    c. $6,797.00 in attorney's fees; and

    d. $1,045.30 in costs.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against the Defendants as set forth above and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17th__ day of June, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party